IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ALEX COLE** **PLAINTIFF**
**#121464**

v.     CASE NO. 2:24-CV-00041-BSM

**TYRAN McCRADIC**, *et al.* **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 8] is adopted and Alex Cole's complaint is dismissed without prejudice. This dismissal does not count as a "strike" under 28 U.S.C. section 1915(g). An *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 31st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE