IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ALEX COLE                                                                                                PLAINTIFF
#121464

v.                                   CASE NO. 2:24-CV-00041-BSM

TYRAN McCRADIC, *et al.*                                                            DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE